1  Michael T. Gallagher
   **THE GALLAGHER LAW FIRM**
2  Bank of America Center
   700 Louisiana Street, 40th Floor
3  Houston, TX 77002
   (713) 222-8080
4  (713) 222-0066 facsimile
   Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 07-0585 CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Joseph Curry, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>G.D. Searle & Co., et al.,<br>　　　　　Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

　　　Come now the Plaintiffs, Joseph Curry, Pamela Allen, Willie Byrd, Elroy Espinoza, William Jordan, Bobby Sullivan, and Otis Thornton, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiffs named herein only with each side bearing its own attorneys' fees and costs.

-1-

DATED: Jan. 12, 2010    THE GALLAGHER LAW FIRM

By: _____
Michael T. Gallagher
*Attorneys for Plaintiffs*

DATED: Jan. 12, 2010    DLA PIPER LLP (US)

By: _____
Michelle W. Sadowsky
*Attorneys for Defendants*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: FEB 17 2010

_____
Hon. Charles R. Breyer
United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42627203.1