1  Michael T. Gallagher
   **THE GALLAGHER LAW FIRM**
2  2905 Sackett St.
   Houston, TX 77098
3  (713) 222-8080
   (713) 222-0066 facsimile
4  Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 07-0585 CRB<br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Joseph Curry, et al.,<br>　　　　　Plaintiffs,<br>　　vs.<br>Pfizer Inc., et al.<br>　　　　　Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, La Von Ball, Cassandra Banks, Henry Berka, Freddie Brown, Sonya Corbin, Glynn Essary, Charles Greer, William Hamby, Paul Kielbasa, Harold King, Michael Kleinschmidt, Dianne McCann, Thomas Mitchell, Henry Paz, Theodore Roberson, Ralph Rosenthal, Ruth Ruffin, William Shipman, Mary Skony, Individually and on behalf of Sigmund Skony, John Spingola, Kentis Turner, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiff named herein only with each side bearing its own attorneys' fees and costs.

-1-

| | | |
|---|---|---|
| DATED: Jan. 12, 2010 | | THE GALLAGHER LAW FIRM |
| | By: | *(signature)* |
| | | Michael T. Gallagher |
| | | *Attorneys for Plaintiffs* |
| DATED: Jan. 12, 2010 | | DLA PIPER LLP (US) |
| | By: | *(signature)* |
| | | Michelle W. Sadowsky |
| | | *Attorneys for Defendants* |

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: FEB 17 2010

Hon. Charles R. Breyer
United States District Court